**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
**Christine Lee** (SBN 297332)
213.418.9342 | clee@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
LVNV Funding, LLC and
Robert James Colclough, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TIGGS,<br><br>             Plaintiff(s),<br><br>   vs.<br><br>LVNV FUNDING, LLC, a Delaware limited liability company; and ROBERT JAMES COLCLOUGH, III, D/B/A LAW OFFICES OF ROBERT JAMES COLCLOUGH, III, individually and in his official capacity,<br><br>             Defendant(s). | Case No.: 5:18-cv-00255-HRL<br><br>**DEFENDANTS LVNV FUNDING, LLC AND ROBERT JAMES COLCLOUGH, III'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:     May 3, 2018<br>Hearing Time:     11:00 a.m.<br>Hearing Judge:    Beth Labson Freeman<br>Hearing Location: Courtroom 3, 5th Fl.<br>                              280 South First Street<br>                              San Jose, California |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that pursuant to Judge Freeman's Standing Order, Defendants LVNV Funding, LLC and Robert James Colclough, III (collectively, "Defendants") move for administrative relief to appear telephonically at the upcoming Case Management Conference.

This unopposed Administrative Motion is based on this Notice of Motion and Motion; the Declaration of Brett B. Goodman, Esq. in support of Defendants' Motion to Appear Telephonically; the Stipulation for Telephonic Appearance at the Case Management Conference; the record in this matter; and any such further papers, evidence, and argument submitted in connection with this Motion.

**UNOPPOSED ADMINISTRATIVE MOTION**

The Case Management Conference in the above-captioned matter is scheduled for 11:00 a.m. on May 3, 2018.

Counsel for Defendants resides outside of the Northern District of California. Declaration of Brett B. Goodman, ¶ 2.  Counsel's office and residence is located in the Southern District of California.  *Id*., ¶ 3.

Pursuant to L.R. 7-12, the parties have agreed and stipulated to the Stipulation for Telephonic Appearance concurrently filed with this Administrative Motion.

Given Counsel's location and the parties' wishes to conserve resources while discussing resolution, Defendants respectfully request the Court grant Defendants' Motion for Administrative Relief to Appear Telephonically at the May 3, 2018 Case Management Conference.

DATED:  May 1, 2018.              Respectfully Submitted,

YU MOHANDESI LLP

By:  */s/ Brett B. Goodman*

Brett B. Goodman
Attorneys for Defendants
LVNV Funding, LLC and
Robert James Colclough, III

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2018, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: May 1, 2018.

By  */s/ Brett B. Goodman*
    Brett B. Goodman