**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
**Christine Lee** (SBN 297332)
213.418.9342 | clee@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
LVNV Funding, LLC and
Robert James Colclough, III

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TIGGS, | Case No.: 5:18-cv-00255-~~HRL~~ BLF |
| Plaintiff(s), | **~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LVNV FUNDING, LLC, a Delaware limited liability company; and ROBERT JAMES COLCLOUGH, III, D/B/A LAW OFFICES OF ROBERT JAMES COLCLOUGH, III, individually and in his official capacity, | |
| Defendant(s). | |

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation between Plaintiff Anthony Tiggs ("Plaintiff") and Defendants LVNV Funding, LLC and Robert James Colclough, III (collectively, "Defendants"), Counsel for Defendants shall be permitted to telephonically attend the Case Management Conference, scheduled for May 3, 2018 at 11:00 a.m. Counsel for Defendant shall arrange for telephonic attendance through CourtCall.

**IT IS SO ORDERED**.

DATED: May 1, 2018

_____
United States District Judge