Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ANTHONY TIGGS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY TIGGS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LVNV FUNDING, LLC, a Delaware limited liability company; and ROBERT JAMES COLCLOUGH, III, D/B/A LAW OFFICES OF ROBERT JAMES COLCLOUGH, III, individually and in his official capacity,<br><br>　　　　　　Defendants. | Case No. 5:18-CV-00255-BLF-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ANTHONY TIGGS, and Defendants, LVNV FUNDING, LLC, and ROBERT JAMES COLCLOUGH, III, stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ANTHONY TIGGS, against Defendants, LVNV FUNDING, LLC, and ROBERT JAMES COLCLOUGH, III, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party will bear his/its own attorney's fees and costs.

　　　　　　　　　　　　　　　　　oo0oo

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: July 2, 2018 | By: /s/ Fred W. Schwinn<br>Fred W. Schwinn (SBN 225575)<br>Raeon R. Roulston (SBN 255622)<br>Matthew C. Salmonsen (SBN 302854)<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com<br><br>Attorneys for Plaintiff<br>ANTHONY TIGGS |
|   | YU MOHANDESI LLP |
| Dated: July 2, 2018 | By: /s/ Brett B. Goodman<br>Jordan S. Yu (SBN 227341)<br>(213) 377-5502 | jyu@yumollp.com<br>Brett B. Goodman (SBN 260899)<br>(213) 375-3543 | bgoodman@yumollp.com<br>Christine Lee (SBN 297332)<br>(213) 418-9342 | clee@yumollp.com<br>YU MOHANDESI LLP<br>633 West Fifth Street, Suite 2800<br>Los Angeles, CA 90071<br>Facsimile Number: (213) 377-5501<br><br>Attorneys for Defendants<br>LVNV FUNDING, LLC, and<br>ROBERT JAMES COLCLOUGH, III |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: July 9, 2018

/s/ Beth Labson Freeman
The Honorable Beth Labson Freeman
United States District Judge